UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ERNESTO ESPINOZA, on behalf of himself and all others similarly situated | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 4:12cv1711 SNLJ No. 4:12cv1815 RSW |
| RICHARD M. WHITING and MARK N. SCHROEDER, | ) ) ) | No. 4:12cv2167 FRB CONSOLIDATED |
| Defendants | ) ) | |

## ORDER

In accordance with the memorandum filed today,

**IT IS HEREBY ORDERED** that the defendants' Motion to Dismiss (#54) is **GRANTED**.

**IT IS FURTHER ORDERED** that the plaintiffs' complaint is **DISMISSED**.

Dated this   18th   day of March, 2014.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE